KENT, Respondent, v. COMMON COUNCIL OF CITY OF BINGHAMTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by George A. Kent, an abutting owner on Court street and a taxpayer of the city of Binghamton, N. Y., against the common council of the city of Binghamton and the Bing-

hamton Railroad Company. No opinion. Order (81 N. Y. Supp. 198) affirmed, with $10 costs and disbursements.